UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

Court File No. 02-CV-470 MJD/JGL

Cynthia Bailey,

Plaintiff,

vs.

I.G. Incorporated, a Minnesota Corporation, and Kathy and Greg Dolphin, d/b/a Industrial Staffing; and Multek, Inc., a foreign corporation,

Defendants.

**PROTECTIVE ORDER PURSUANT TO STIPULATION AND AGREEMENT**

On this 25 day of Sept, 2002, the Court makes the following **PROTECTIVE ORDER PURSUANT TO STIPULATION AND AGREEMENT** ("Stipulated Protective Order"):

1. Confidential Information, as later defined herein, shall be used only for the purpose of this litigation and for no other purpose whatsoever, and shall not be given, shown, made available or communicated in any way to anyone except a Qualified Person, as herein defined. "Qualified Person," is defined as any of the following:

a. the discovering party;

b. the partners, associate attorneys, and staff for the law firms representing the discovering party in this matter; ("Attorneys");

c. independent experts or consultants retained by any of the Parties or their counsel for purposes of this litigation, including their secretarial or clerical personnel (hereafter the "Independent Experts"), provided that such Independent Experts or consultants have first read this Stipulated Protective Order and have signed an Undertaking in the form attached hereto as Exhibit A;

FILED 9-26-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

d. the Court, court personnel, special masters, mediators, other persons appointed by the Court and stenographic and other deposition reports;

e. witnesses, provided that such witnesses have first read this Stipulated Protective Order and have signed an Undertaking in the form attached hereto as Exhibit A and provided that the Confidential Information shown to said witnesses is directly relevant to their testimony in this case; and

f. commercial copying services employed by the Parties for the purpose of making copies of documents and deposition testimony for use in connection with this case.

2. Definition of "Confidential Information."

The term "Confidential Information" as used in this Stipulated Protective Order means information, including, but not limited to, documents and deposition testimony, that the Parties reasonably designate as Confidential. Any Party may reasonably designate as Confidential any information that constitutes or discloses competitively sensitive commercial information, trade secrets, commercial financial information, personal financial information of an individual, information that raises privacy concerns, medical and psychological records, tax records, and other information of a private, confidential or trade secret character. All copies, abstracts, excerpts, analysis or other writings that contain, reflect or disclose the substance of documents or deposition testimony designated Confidential shall also be deemed Confidential.

3. This Stipulated Protective Order, insofar as it restricts the communication in any way and use of Confidential Information, shall continue to be binding through and after the conclusion of this litigation. At the conclusion of this action, including all appeals:

a) Plaintiff, Defendants and their respective counsel shall take all reasonable steps necessary to reclaim all Confidential Information, including correspondence, memoranda, notes or any other documents embodying such information, in whole or in

part, and counsel shall return all copies of such Confidential Information to the producing party's counsel.

b) Counsel and all Qualified Persons are enjoined from disclosing in any manner any Confidential Information obtained during the course of this proceeding. Severe sanctions will attach to any person who discloses such in violation of this provision.

4. Nothing in this Stipulated Protective Order shall prevent any party from seeking modification of this Stipulated Protective Order at any time as to specific matters designated "Confidential Information" to remove such from the application of this Stipulated Protective Order.

5. Such Confidential Information as may be required to be filed with the Court and with the Clerk of this Court shall be filed under seal. Only the Court, Court personnel, and counsel for the parties shall have access to the sealed record in this proceeding until further order of this Court.

6. This Stipulated Protective Order may be signed in counterparts and facsimile copies of signatures of this Stipulated Protective Order are deemed to be binding on the parties.

7. This Court shall indefinitely retain jurisdiction of the parties hereto and of all persons who sign an Undertaking in the form attached hereto as Exhibit A in relation to any dispute respecting improper use of information disclosed under protection of this Stipulated Protective Order.

IT IS HEREBY SO ORDERED.

Sept 17, 2002

U.S. MAGISTRATE JUDGE

APPROVED AS TO FORM:

**NICHOLS, KASTER & ANDERSON**

Steven Andrew Smith (#260836)
4644 IDS Center
80 South Eight Street
Minneapolis, MN 55402
Telephone: 612.338.1919
Facsimile: 612.338.4878

**ATTORNEYS FOR PLAINTIFF CYNTHIA BAILEY**

**GRAY, PLANT, MOOTY, MOOTY & BENNETT**

Mark S. Mathison (#028709X)
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402-3796
Telephone: 612.333.0066
Facsimile: 612.343.3930

**ATTORNEYS FOR DEFENDANT MULTEK, INC.**

**LITTLER MENDELSON, P.C.**

Chad W. Strathman (#270957)
Jeremy D. Sosna (#0290233)
33 South Sixth Street, Suite 3110
Minneapolis, Minnesota 55402
Telephone: 612.630.1000
Fax No.: 612.630.9626

**ATTORNEYS FOR DEFENDANTS I.G. INCORPORATED AND KATHY AND GREG DOLPHIN D/B/A INDUSTRIAL STAFFING**

MINNEAPOLIS:33603.1 044001.1001
**GP:904948 v3**

**EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Court File No. 02-CV-470 MJD/JGL

Cynthia Bailey,

Plaintiff,

vs.

I.G. Incorporated, a Minnesota Corporation, and Kathy and Greg Dolphin, d/b/a Industrial Staffing; and Multek, Inc., a foreign corporation,

Defendants.

**PROTECTIVE ORDER PURSUANT TO STIPULATION AND AGREEMENT**

---

**UNDERTAKING OF ( ________________ )**

I, ________________________, declare as follows:

1. My address is ____________________. My current employer is ________________ ____________________. My current occupation is ____________________________.

2. I have received a copy of **PROTECTIVE ORDER PURSUANT TO STIPULATION AND AGREEMENT** ("Stipulated Protective Order") in the above-captioned action. I have carefully read and understand the provisions of the Stipulated Protective Order.

3. I will comply with all the provisions of the Stipulated Protective Order. I will hold in confidence, will not disclose to anyone not qualified under the Stipulated Protective Order, and will use only for purposes of this action any CONFIDENTIAL INFORMATION which is disclosed to me.

4. Promptly upon termination of this action, I will return all CONFIDENTIAL INFORMATION which came into my possession, and all documents or things which I have prepared relating thereto, to counsel for the party by whom I am employed or retained.

5. I hereby submit to the jurisdiction of this Court for the purpose of enforcement of the Stipulated Protective Order in this action.

6. I understand that this Undertaking and the Stipulated Protective Order are enforceable after the termination of this action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:____________________

______________________________________
(Signature)

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK

316 N. ROBERT ST., RM. 700
ST. PAUL, MN 55101

300 S. FOURTH ST., RM 202
MINNEAPOLIS, MN 55415

417 FEDERAL BLDG, 515 W. FIRST ST.
DULUTH, MN 55802

# Clerk's Notice In Re: Protective Order

---

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing **<u>confidential original</u>** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

*Guidelines for filing with the <u>Clerk:</u>*

A. Documents are to be **sealed** (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 *(LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. this rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)*

B. Each envelope must list the following information, and each document is to be in a separate envelope.
- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on <u>each</u> envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "**SEALED**" or "**CONFIDENTIAL**"

***Guidelines for filing with a U.S. District Judge or <u>Magistrate Judge</u>:***

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.