UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FIFTH DIVISION

Cynthia Bailey,

Plaintiff,

vs.

I.G. Incorporated, a Minnesota Corporation, and Kathy and Greg Dolphin, d/b/a Industrial Staffing; and Multek, Inc., a foreign corporation,

Defendants.

Court File No. 02-CV-470 MJD/JGL

**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST DEFENDANTS KATHY AND GREG DOLPHIN D/B/A INDUSTRIAL STAFFING**

The parties stipulate to the dismissal without prejudice of claims asserted in this action against Defendants Kathy and Greg Dolphin, d/b/a Industrial Staffing, without costs to any party. This dismissal does not impact any claims asserted against the remaining Defendants.

**NICHOLS, KASTER & ANDERSON**

Steven Andrew Smith (#260836)
4644 IDS Center
80 South Eight Street
Minneapolis, MN 55402
Telephone: 612.338.1919
Facsimile: 612.338.4878

**ATTORNEYS FOR PLAINTIFF CYNTHIA BAILEY**

**LITTLER MENDELSON, P.C.**

Chad W. Strathman (#270957)
Jeremy D. Sosna (#0290233)
33 South Sixth Street, Suite 3110
Minneapolis, Minnesota 55402
Telephone: 612.630.1000
Fax No.: 612.630.9626

**ATTORNEYS FOR DEFENDANTS I.G. INCORPORATED AND KATHY AND GREG DOLPHIN D/B/A INDUSTRIAL STAFFING.**

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Cynthia Bailey v. I.G. Incorporated, et al., Civil No.: 02-470 (MJD/JGL)

**GRAY, PLANT, MOOTY, MOOTY & BENNETT**

Mark S. Mathison (#028709X)
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402-3796
Telephone: 612.333.0066
Facsimile: 612.343.3930

**ATTORNEYS FOR DEFENDANT MULTEK, INC.**

## ORDER

Pursuant to the stipulation of the parties as set forth above, **IT IS HEREBY ORDERED**, that the claims against Defendants Kathy and Greg Dolphin, d/b/a Industrial Staffing, are dismissed without prejudice, and without costs to either party.

Let judgment be entered accordingly.

Michael J. Davis
Judge of District Court
Sept. 30, 2002

MINNEAPOLIS:34642.1 044001.1001
07/26/02 11:02 AM