# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Cynthia Bailey

v.

I.G. Incorporated, a Minnesota Corporation, and
Kathy and Greg Dolphin d/b/a Industrial Staffing:
and Multek, Inc., a foreign corporation

Case No. Civil 02-470 MJD/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that the claims against Defendants Kathy and Greg Dolphin, d/b/a Industrial Staffing, are dismissed without prejudice and without costs to either party.`**

DATE: September 30, 2002

RICHARD D. SLETTEN, CLERK

Deborah D. Bell

Deborah D. Bell, Deputy Clerk

(14)