UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Cynthia Bailey,

Plaintiff,

v.

ORDER
Civ. No. 02-470(MJD/JGL)

I.G. Incorporated, a Minnesota Corporation, and Kathy and Greg Dolphin, d/b/a Industrial Staffing, and Multek, Inc., a foreign corporation,

Defendants.

---

This matter is before the Court upon Plaintiffs' appeal of Chief Magistrate Judge Lebedoff's Order dated February 25, 2003. Defendant Multek, Inc. seeks reversal of Chief Magistrate Judge Lebedoff's Order denying its motion for a Rule 35 independent mental examination of Plaintiff.

The Court must modify or set aside any portion of the Magistrate Judge's Order found to be clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.1(b)(2). Based on a review of the record and the submissions of parties, the Court concludes that the Magistrate Judge's Order is not contrary to law or clearly erroneous. Accordingly,

IT IS HEREBY ORDERED that the Order dated February 25, 2003 [Docket No. 38] is AFFIRMED.

Date: March 19, 2003

Michael J. Davis
Michael J. Davis
United States District Court

FILED 3-20-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.______
DEPUTY CLERK______