UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FIFTH DIVISION

Cynthia Bailey,

Plaintiff,

vs.

I.G. Incorporated, a Minnesota Corporation, Industrial Staffing, and Multek, Inc., a foreign corporation,

Defendants.

Court File No. 02-CV-470 MJD/JGL

**STIPULATED MOTION TO EXTEND DEADLINE FOR SUMMARY JUDGMENT AND ORDER**

The parties, having reached agreement on a briefing schedule for dispositive motions in this matter, jointly request that the Court extend the dispositive motion hearing deadline as described below. In support of their request, the parties state:

1. The Court's Pretrial Order, dated May 15, 2002, states "Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to June 1, 2002 … ."

2. Defendants have learned that The Honorable Michael J. Davis currently has no summary judgment hearing dates available before June 1, 2003.

3. The parties have agreed to the following briefing schedule for Defendants' motions for summary judgment:

a. April 14, 2003: Defendants' opening briefs

b. May 5, 2003: Plaintiff's response briefs

c. May 12, 2003: Defendants' reply briefs.

4. The parties request that the Court extend the hearing deadline for dispositive

FILED 3-24-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

motions to allow for an available date on Judge Davis' calendar following the May 12, 2003 filing deadline for briefs.

Respectfully submitted,

Date: March 19, 2003

**NICHOLS, KASTER & ANDERSON**

By: ______________________
Steven Andrew Smith (#260836)
4644 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: 612.338.1919
Facsimile: 612.338.4878
**ATTORNEYS FOR PLAINTIFF**

Date: March 21, 2003

**STRATHMAN & SOSNA, P.C.**

By: ______________________
Chad W. Strathman (#270957)
Jeremy D. Sosna (#0290233)
10 South Fifth Street, Suite 700
Minneapolis, Minnesota 55402
Telephone: 612.305.4310
Facsimile: 612.305.4353

**ATTORNEYS FOR DEFENDANT**
**I.G. INCORPORATED D/B/A INDUSTRIAL STAFFING**

Date: March 19, 2003

**GRAY, PLANT, MOOTY, MOOTY & BENNETT**

By: ______________________________
Mark S. Mathison (#28709X)
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: 612.333.0066
Facsimile: 612.343.3930

**ATTORNEYS FOR DEFENDANT MULTEK, INC.**

## ORDER

As stipulated by the parties, **IT IS HEREBY ORDERED** that the hearing deadline for dispositive motions is extended to allow the parties to obtain a hearing date after filing the briefs on May 12, 2003.

______________________________
Jonathan Lebedoff
Chief U.S. Magistrate Judge