**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Cynthia Bailey

Plaintiff,

v.

**ORDER**
Civil File No. 02-470 (MJD/JGL)

I.G. Incorporated, a Minnesota Corp.
and Multek, Inc., a foreign Corp,

Defendants.

---

The above-entitled matter comes before the Court for review of the July 17, 2003 Report and Recommendation of Chief United States Magistrate Judge Jonathan Lebedoff.

Plaintiff, Cynthia Bailey ("Bailey"), objects to the Magistrate Judge's Report and Recommendation on two grounds. First, Bailey objects to the Magistrate Judge's recommendation to grant both defendant's summary judgment motions relating to her three race discrimination claims brought under 42 U.S.C. § 1981, 42 U.S.C. § 2000e-2 and the Minnesota Human Rights Act, Minn. Stat. § 363.01. Second, Bailey objects to the Magistrate Judge's recommendation to grant defendant I.G. Incorporated's summary judgment motion on her reprisal claims.

Defendant Multek challenges the Magistrate Judge's recommendation to deny summary judgment on Bailey's reprisal claim against Multek. Multek avers that the plaintiff failed to establish a *prima facie* case because Ms. Bailey was not employed by Multek. In the alternative Multek argues that it did not take an adverse employment action against

SEP 1 8 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

Bailey; both of these reasons, Multek argues, are independently sufficient grounds for declining to adopt the Magistrate Judge's Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Based on that review the Court **ADOPTS** the July 17, 2003 Report and Recommendation.

**IT IS HEREBY ORDERED that**:

1. Defendant Multek's motion for summary judgment [Docket No.53] is **GRANTED IN PART**, and **DENIED IN PART**, consistent with the Report and Recommendation.

2. Defendant LG Incorporated's motion for summary judgment [Docket No. 48 and 62] is **GRANTED**.

Sept. 15, 2003
Date

Judge Michael J. Davis
United States District Court