UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 02-0470 (MJD/JGL)

CYNTHIA BAILEY,

Plaintiff,

v.

I.G. INCORPORATED, et al.,

Defendants.

**NOTICE OF CANCELLATION OF SETTLEMENT CONFERENCE**

Pursuant to the request of the parties, the settlement conference scheduled for April 27, 2004, has been cancelled pending the outcome of private mediation. Counsel are advised to contact this Court to schedule another date for settlement conference before the undersigned as appropriate.

Dated: March 26, 2004

s/Jonathan Lebedoff

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge