ORIGINAL

**EXHIBIT A TO SETTLEMENT AGREEMENT AND RELEASE**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Cynthia Bailey,<br><br>Plaintiff,<br><br>vs.<br><br>I.G. Incorporated, a Minnesota Corporation, and Kathy and Greg Dolphin, d/b/a Industrial Staffing; and Multek, Inc. a foreign corporation,<br><br>Defendants. | CASE TYPE: EMPLOYMENT<br><br>CASE NO. 02-CV-470 MJD/JGL<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT MULTEK, INC.** |

Plaintiff Bailey ("Bailey") and Defendant Multek, Inc. ("Multek"), by their respective counsel, hereby stipulate that an Order of Dismissal of Defendant Multek, Inc. can and should be entered by the Court as follows:

Bailey and Multek have entered into a mediated Settlement Agreement and thus, having now resolved all claims and disputes between them, the above-captioned action is dismissed with prejudice as to Multek. Bailey and Multek each shall bear their own costs and expenses in this case.

**EXHIBIT A TO SETTLEMENT AGREEMENT AND RELEASE**

SCANNED
MAY 24 2004
U.S. DISTRICT COURT MPLS

FILED MAY 14 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INTIALS

Dated: 5-6-, 2004

NICHOLS KASTER & ANDERSON, PLLP

By______________________________
Steven Andrew Smith (#260836)
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612/338-1919

Attorneys for Plaintiff
Cynthia Bailey

Dated: May 6, 2004

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.

By______________________________
Mark S. Mathison (#028709X)
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: 612/632-3000

Attorneys for Defendant
Multek, Inc.

IT IS SO ORDERED.

May 21, 2004

BY THE COURT:

______________________________
Michael J Davis
Judge of District Court
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

**EXHIBIT A TO SETTLEMENT AGREEMENT AND RELEASE**

GP:1581007 v1