**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Cynthia Bailey, Plaintiff, vs. I.G. Incorporated, a Minnesota Corporation, and Kathy and Greg Dolphin, d/b/a Industrial Staffing; and Multek, Inc. a foreign corporation, Defendants. | CASE TYPE: EMPLOYMENT<br>CASE NO. 02-CV-470 MJD/JGL<br>**AFFIDAVIT OF SERVICE BY U.S. MAIL** |

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

Pam Nepple, being first duly sworn, deposes and says on oath that on the 14th day of May, 2004, she served the Stipulation of Dismissal of Defendant Multek, Inc., in the above-entitled matter upon the following:

Steven Andrew Smith
Nichols Kaster & Anderson
4644 IDS Center
80 South Eight Street
Minneapolis, MN 55402-2242

Chad W. Strathman, Esq.
Strathman Sosna Law Firm
10 South 5th Street
Suite 700
Minneapolis, Minnesota 55402

by arranging for the deposit of true and correct copies thereof in the United States Mail.

Pam Nepple
Pam Nepple

Subscribed and sworn to before me
this 14th day of May, 2004.

Waltraud White
Notary Public

GP:1470890 v1/87213

WALTRAUD WHITE
Notary Public
Minnesota
My Commission Expires Jan. 31, 2005