UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Cynthia Bailey,

Plaintiff,

v.

**NOTICE OF APPEAL**

I.G. Incorporated, a Minnesota corporation,

Defendants.

Court File No. 02-470 MJHD/JGL

---

**PLEASE TAKE NOTICE** that Plaintiff, Cynthia Bailey, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Order of this Court entered in this action on September 18, 2003, granting Defendant, I.G. Incorporated's Motion for Summary Judgment, appealing under Fed. R. Civ. P. 54(b) from the Order entered May 24, 2004.

Dated: 6/18/04

NICHOLS KASTER & ANDERSON, PLLP

Steven Andrew Smith #260836
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612-338-1919
Facsimile: 612-338-4878

ATTORNEY FOR PLAINTIFF

SCANNED
JUN 18 2004
U.S. DISTRICT COURT ST. PAUL

# NICHOLS KASTER & ANDERSON, PLLP
ATTORNEYS AT LAW

Donald H. Nichols†
James H. Kaster* †
J. Poage Anderson
John A. Fabian, III
Paul J. Lukas
Steven Andrew Smith
Nicholas G.B. May
Michele R. Fisher
Adam A. Gillette

*Also Admitted in Wisconsin
† Certified Civil Trial Specialist

4644 IDS Center
80 South Eighth Street
Minneapolis, Minnesota
55402-2242

TELEPHONE: (612) 338-1919
FAX: (612) 338-4878
DIRECT: (612) 256-3206
E-MAIL: smith@nka.com
WEB: www.nka.com


June 18, 2004

**VIA MESSENGER**
Clerk of Court
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

RECEIVED
04 JUN 18 PM 2:03
CLERK, U.S. DIST. COURT
ST. PAUL, MN

***Re: Cynthia Bailey v. I.G. Incorporated***

Dear Clerk of Court,

Enclosed for filing please find Notice of Appeal, Form A, and filing fee in the above named matter. Also enclosed is a courtesy copy for Judge Davis and a copy to serve on opposing counsel.

Sincerely,

**NICHOLS KASTER & ANDERSON, PLLP**

Steven Andrew Smith

Fri Jun 18 14:12:57 2004
UNITED STATES DISTRICT COURT
ST PAUL, MN
Receipt No. 300 144949
Cashier joni
Check Number: 51418
DO Code 4641 Div No 3

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:086900 | N | 2 | 105.00 |
| 2:510000 | N | 2 | 150.00 |

Total Amount $ 255.00
NICHOLS KASTER ANDERSON 0:02-CV-470 MJD/JGL
NOTICE OF APPEAL