02 CV 470 MJD/JGL

U.S. COURT OF APPEALS - EIGHTH CIRCUIT
APPELLANT'S FORM A
Appeal Information Form
To be filed with the Notice of Appeal

Appeal Docket No. ________________

| STYLE OF CASE: | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER |
|---|---|
| Cynthia Bailey<br><br>Appellant/Appellee,<br>vs. | Steven Andrew Smith<br>Nichols Kaster & Anderson, PLLP<br>80 South 8th Street, Suite 4644<br>Minneapolis, MN 55402<br>(612) 338-1919 |
| I.G. Incorporated<br><br>Appellant/Appellee | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER<br>Chad Strathman<br>Strathman & Sosna<br>10 South 5th Street, Suite 700<br>Minneapolis, MN55402<br>(612) 305-4310 |

LIST ISSUES ON APPEAL (For administrative purposes). You may indicate that this also serves as your statement of issues under FRAP 10(b)(3). (X) Yes. ( ) No.

Appellant, Cynthia Bailey, appeals the District Court's Order entered on September 18, 2003 granting summary judgment for Defendant I.G. Incorporated. Bailey specifically appeals the Court's finding, as to her claims of reprisal discrimination under both Title VII, 42 U.S.C. 2000e et seq. and the Minnesota Human Rights Act ("MHRA"), Minn. Stat. 363.01 et seq., that she did not produce evidence sufficient to create a question of material fact as to the issue of whether Defendant's reasons for terminating her employment were pretextual, and the Court's finding that Bailey failed to present evidence sufficient to create a reasonable inference that Defendant terminated her in retaliation for complaining of discrimination.

FOR LEAD COUNSEL ONLY
I _X_ have (___ have not) discussed settlement possibilities on appeal with my client.
This appeal _X_ is (___ is not) amenable to settlement.

Submitted by: [signature] 6/18/04
Signature of Lead Counsel Date

INSTRUCTIONS:
Filing of appellant's Form A is required to be submitted to the Clerk of the District Court with the Notice of Appeal (8 Cir. Rule 3B). If inadvertenly omitted, appellant may file Form A directly with the Clerk of the Court of Appeals before appeal is docketed. Forms are available at the District Court Clerk's Office and may also be obtained electronically at : www.ca8.uscourts.gov

Copy 1 - Send to Appellee (together with an uncompleted Form B)
Copy 2 & 3 - Send to Clerk, District Court with Notice of Appeal or Eighth Circuit (see above)
Copy 4 - Retain

SCANNED
JUN 18 2004
U.S. DISTRICT COURT ST. PAUL