02-470 MJD/JGL

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 04-2571

| | | |
|---|---|---|
| Cynthia Bailey, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| vs. | * | District Court for the |
| | * | District of Minnesota |
| I.G. Incorporated, a Minnesota corporation, | * | |
| | * | |
| | * | |
| Appellee. | * | |

**JUDGMENT**

The stipulation of the parties for dismissal of this appeal is approved. The appeal is hereby dismissed in accordance with Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

(5361-010199)

September 21, 2004

Order Entered at the Direction of the Court

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
SEP 24 2004
U.S. DISTRICT COURT MPLS

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

September 21, 2004

Mr. Steven Andrew Smith
NICHOLS & KASTER
4644 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402

Mr. Chad W. Strathman
STRATHMAN & SOSNA
Suite 700
10 S. Fifth Street
Minneapolis, MN 55402

RECEIVED BY U.S. MAIL
2004 SEP 24 AM 9:04
CLERK, U.S. DIST COURT MINNEAPOLIS, MN

Re: 04-2571 Cynthia Bailey vs. I.G. Incorporated

Dear Counsel:

Enclosed is a copy of an order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

(5009-010199)

Sincerely,

Michael E. Gans
Clerk of Court

dms
Enclosure(s)

cc: Honorable Michael J. Davis, U.S. District Judge
Jeremy D. Sosna
Richard Sletten, Clerk

District Court/Agency Case Number(s): CIV 02-470 MJD/JGL